IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVIDIA CORPORATION, ET AL., | No. C 05-0427 JW |
| Plaintiff, | |
| v. | |
| CARLYLE FORTRAN TRUST, ET AL., | |
| Defendant. / | |
| NVIDIA CORPORATION, ET AL., | No. C 06-3856 RMW |
| Plaintiff, | |
| v. | ORDER VACATING ORDER NOT RELATING CASES |
| WILLIAM A. BRANDT, JR., | |
| Defendant. / | |

On August 11, 2006, an Order was filed not relating the above-entitled cases. It has since been brought to this Court's attention that there is another case, C 05-0429JW Brandt v. Nvidia, that has already been related to these cases. After review of the court files in all of these cases, IT IS HEREBY ORDERED that the Order not relating these cases filed on August 11, 2006, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 15, 2006

JAMES WARE
UNITED STATES DISTRICT JUDGE