ROBERT P. VARIAN (STATE BAR NO. 107459)
KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
JAMES N. KRAMER (STATE BAR NO. 154709)
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
ALEJANDRO VALLEJO (STATE BAR NO. 224792)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:     415-773-5700
Facsimile:      415-773-5759

Attorneys for Appellants
NVIDIA CORPORATION, NVIDIA US INVESTMENT
COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>3DFX INTERACTIVE, INC., a California corporation,<br><br>            Debtor.<br><br>WILLIAM A. BRANDT, JR., TRUSTEE,<br><br>            Plaintiff/Appellee,<br><br>vs.<br><br>NVIDIA CORPORATION and NVIDIA US INVESTMENT COMPANY,<br><br>            Defendants/Appellants | Case No.  CV 06-03856 RMW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING APPEAL BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>**(CIVIL L.R. 6-2)**<br><br>Bankruptcy Case No. 02-55795 JRG |

Pursuant to Northern District of California, Local Rules 6-2 and 7-12, the parties, by and through undersigned counsel, stipulate and agree to a 30-day continuance of the briefing schedule for the Appeal in the above-captioned case so that:

1. Appellants nVidia Corporation and nVidia US Investment Company shall have until

1  September 11, 2006, to file an opening brief;

2      2. Appellee William A. Brandt, Jr., Trustee shall serve and file a brief 20 days after

3  service of Appellants' brief; and

4      3. Appellants may serve and file a reply brief 10 days after service of Appellee's brief.

5  SO STIPULATED:

6  Dated: August 10, 2006    ORRICK, HERRINGTON & SUTCLIFFE LLP

8      By:    /s/
    Alejandro T. Vallejo

10  Attorneys for Defendants/Appellants
NVIDIA CORPORATION and
NVIDIA US INVESTMENT COMPANY

12  Dated: August 10, 2006    BUCHALTER NEMER FIELDS & YOUNGER

14      By:    /s/
    Richard C. Darwin

15  Attorneys for Plaintiff/Appellee
WILLIAM A. BRANDT, JR., TRUSTEE

18      I hereby attest that I have on file all holographic signatures for any signature indicated by

19  a "conformed" signature (/s/) within this e-filed document.

20  Dated: August 10, 2006    By    /s/
    Alejandro T. Vallejo
    Attorneys for Appellants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

_8/21/06
Date    Judge of the United States District Court
Northern District of California