| | |
|---|---|
| 1 | ROBERT P. VARIAN (STATE BAR NO. 107459) |
| | KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570) |
| 2 | JAMES N. KRAMER (STATE BAR NO. 154709) |
| | JUSTIN M. LICHTERMAN (STATE BAR NO. 225734) |
| 3 | ALEJANDRO VALLEJO (STATE BAR NO. 224792) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 5 | Telephone:   415-773-5700 |
| | Facsimile:   415-773-5759 |
| 6 | |
| | Attorneys for Appellants |
| 7 | NVIDIA CORPORATION, NVIDIA US INVESTMENT |
| | COMPANY, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. CV 06-03856 JW |
| 3DFX INTERACTIVE, INC., a California corporation, | **STIPULATED REQUEST FOR ORDER CHANGING APPEAL BRIEFING SCHEDULE;** [PROPOSED] **ORDER** |
| Debtor. | (CIVIL L.R. 6-2) |
| WILLIAM A. BRANDT, JR., TRUSTEE, | Bankruptcy Case No. 02-55795 JRG |
| Plaintiff/Appellee, | |
| vs. | |
| NVIDIA CORPORATION and NVIDIA US INVESTMENT COMPANY, | |
| Defendants/Appellants | |

Pursuant to Northern District of California, Local Rules 6-2 and 7-12, the parties, by and through undersigned counsel, stipulate and agree to a 30-day continuance of the briefing schedule for the Appeal in the above-captioned case so that:

1. Appellants nVidia Corporation and nVidia US Investment Company shall have until

1 | October 11, 2006, to file an opening brief;

2 |     2. Appellee William A. Brandt, Jr., Trustee shall serve and file a brief 25 days after

3 | service of Appellants' brief, or no later than November 5, 2006; and

4 |     3. Appellants may serve and file a reply brief 10 days after service of Appellee's brief, or

5 | no later than November 15, 2006.

6 |     SO STIPULATED:

7 | Dated: September 8, 2006      ORRICK, HERRINGTON & SUTCLIFFE LLP

9 | By: _____/s/_____
    Karen G. Johnson-McKewan

Attorneys for Defendants/Appellants
NVIDIA CORPORATION and
NVIDIA US INVESTMENT COMPANY

13 | Dated: September 7, 2006      BUCHALTER NEMER FIELDS & YOUNGER

15 | By: _____/s/_____
    Kim Y. Arnone

Attorneys for Plaintiff/Appellee
WILLIAM A. BRANDT, JR., TRUSTEE

18 | I hereby attest that I have on file all holographic signatures for any signature indicated by

19 | a "conformed" signature (/s/) within this e-filed document.

20 | Dated: September 8, 2006      By: _____/s/_____
    Karen G. Johnson-McKewan

Attorneys for Defendants/Appellants
NVIDIA CORPORATION and NVIDIA US
INVESTMENT COMPANY

24 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

26 | 9/12/06      _/s/ James Ware_
Date      Judge of the United States District Court
     Northern District of California