1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
2  JAMES N. KRAMER (STATE BAR NO. 154709)
   JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA  94105
   Telephone:   415-773-5700
5  Facsimile:   415-773-5759

6  Attorneys for Defendants
   NVIDIA CORPORATION, NVIDIA US INVESTMENT
7  COMPANY, INC.,  JEN-HSUN HUANG, JAMES C.
   GAITHER, A. BROOKE SEAWELL, WILLIAM J. MILLER,
8  TENCH COXE, MARK A. STEVENS, and HARVEY C.
   JONES.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARRAMERICA REALTY CORPORATION, a Maryland real estate investment trust,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, et al.,<br><br>Defendants. | Case No.   C-05-0428-JW<br>[Related Case Nos.<br><br>5:05-CV-00427-JW<br>5:05-CV-00429-JW<br>5:06-CV-03238-JW<br>5:06-CV-03856-JW<br><br>**[PROPOSED] ORDER GRANTING MOTION  FOR ORDER ENLARGING TIME TO FILE MOTION FOR AWARD OF FEES AND A BILL OF COSTS**<br><br>Date:          TBD<br>Time:         TBD<br>Courtroom:  8, 4th Floor<br>Judge:        The Honorable James Ware |

**ORDER**

On October 13, 2006, Defendants nVidia Corporation, nVidia US Investment Company, Jne-Hsun Huang, James C. Gaither, A. Brooke Seawell, William J. Miller, Tench Coxe, Mark A. Stevens, and Harvey C. Jones, Jr. (collectively, the "nVidia Defendants") Motion for Order Enlarging Time to File Motion for Award of Fees and a Bill of Costs came before the Court.

After reviewing the papers, and GOOD CAUSE appearing therefore, the Court hereby GRANTS the Motion.

The nVidia Defendants shall file any Motion for Award of Attorneys Fees on or before November 20, 2006.

**IT IS SO ORDERED**.

Dated: _____10/18_____, 2006

_____
United States District Court Judge